RULE_5,

# U.S. District Court
## Western District of Wisconsin (Madison)
### CRIMINAL DOCKET FOR CASE #: 3:21-mj-00072-slc All Defendants

Case title: United States of America v. Nelson, Brandon et al

Date Filed: 05/03/2021

Assigned to: Magistrate Judge Stephen L. Crocker

**Defendant (1)**

| | |
|---|---|
| **Brandon Nelson** | represented by **Joseph Aragorn Bugni**<br>Federal Defender Services<br>22 East Mifflin Street, Suite 1000<br>Madison, WI 53703<br>608-260-9900<br>Fax: 608-260-9901<br>Email: Joseph_Bugni@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Magistrate Judge Stephen L. Crocker

**Defendant (2)**

| | |
|---|---|
| **Abram Markofski** | represented by **Joseph Aragorn Bugni**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                             **Disposition**

None

---

**Plaintiff**

**United States of America**            represented by   **Elizabeth Altman**
United States Attorney's Office
222 West Washington Avenue
Suite 700
Madison, WI 53703
608-264-5158
Fax: 608-264-5054
Email: elizabeth.altman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2021 | 1 | Rule 5(c)(3) Documents from the District of Columbia (Case Number: 21-mj-404) by United States of America as to Brandon Nelson, Abram Markofski. (Sealed) (Attachments:<br># 1 Order to Seal,<br># 2 Criminal Complaint,<br># 3 Statement of Facts,<br># 4 Arrest Warrant - Brandon Nelson,<br># 5 Arrest Warrant - Abram Markofski) (jls) (Entered: 05/03/2021) |
| 05/03/2021 | 2 | Redaction by United States of America as to Brandon Nelson, Abram Markofski to 1 Rule 5(c)(3) Documents, filed by United States of America (Attachments:<br># 1 Statement of Facts,<br># 2 Arrest Warrant - Brandon Nelson,<br># 3 Arrest Warrant - Abram Markofski) (jls) (Entered: 05/03/2021) |
| 05/03/2021 |   | Arraignment/Initial Appearance set as to defendant Brandon Nelson and Abram Markofski. Initial Appearance set for 5/3/2021 at 01:00 PM in courtroom 460. (jls) (Entered: 05/03/2021) |
| 05/03/2021 | 3 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Initial Appearance on Rule 5/Rule 32.1 Arrest as to Brandon Nelson and Abram Markofski held on 5/3/2021. Defendants released on conditions. [:15] (Court Reporter FTR.) (jls) (Entered: 05/03/2021) |
| 05/03/2021 | 4 | ORDER Setting Conditions of Release re: Brandon Nelson. Signed by Magistrate Judge Stephen L. Crocker on 5/3/2021. (jls) (Entered: 05/03/2021) |
| 05/03/2021 | 5 | ORDER Setting Conditions of Release re: Abram Markofski. Signed by Magistrate Judge Stephen L. Crocker on 5/3/2021. (jls) (Entered: 05/03/2021) |